BANK OF HARTFORD, INC. *v.* ONE SEVENTY RUSS
CORPORATION ET AL.
(12587)

O'CONNELL, FOTI and FREEDMAN, Js.

Submitted on briefs May 9—decision released May 31, 1994

*Richard B. Polivy* filed a brief for the appellant (plaintiff).

*Richard P. Weinstein* filed a brief for the appellees (named defendant et al.).

PER CURIAM. The judgment is affirmed.